PASSAIC METAL PRODUCTS COMPANY, APPELLANT, v. O'BRIEN BROS. SLATE COMPANY, INCORPORATED, RESPONDENT.

Submitted May 28, 1937—Decided September 22, 1937.

For the appellant, *William N. Gurtman.*

For the respondent, *Sher & Sher.*

562 

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, DONGES, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 12.

*For reversal*—None.